IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GLOBAL POWER EQUIPMENT GROUP ) | Case No. 06-11045 |
| INC., *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related to Docket No. 270** |

## MITSUBISHI POWER SYSTEMS AMERICAS, INC.'S STATEMENT OF ISSUES AND DESIGNATION OF CONTENTS OF RECORD ON APPEAL

Mitsubishi Power Systems Americas, Inc. ("MPS"), a creditor of Debtor, Deltak, LLC ("Debtor" or "Deltak"), hereby files this statement of issues and designation of contents of record with respect to its November 8, 2006 appeal [Docket No. 270] under 28 U.S.C. § 158(a). MPS appeals from the Bankruptcy Court's ruling rendered in open court November 6, 2006, with respect to:

> 1) Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress [Docket No. 12]; and

> 2) MPS' Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., To Debtors' Motion to Reject Certain Executory Contract [Docket No. 159].

### Statement of Issues

Appellant sets forth the following issue on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006:

Whether the Bankruptcy Court erred by ruling that it did not have authority to require, as a condition of rejection of the contract, the Debtor's specific performance of the covenant intended to govern the relationship between the parties after the end of the contract.

### Designation of Record on Appeal

Appellant designates the following documents to be included in the Record on Appeal:

| Date | Docket No. | Document |
|---|---|---|
| 9/29/2006 | 12 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 10/5/2006 | 85 | Corrected Order Granting In Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress. **CERTAIN EXHIBITS FILED UNDER SEAL PURSUANT TO ORDER OF OCTOBER 26, 2006 (DOCKET 194).** |
| 10/24/2006 | 159 | Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., to Debtors' Motion to Reject Certain Executory Contracts |
| 10/24/2006 | 156 | Affidavit of Richard Boukal |
| 10/24/2006 | 167 | Notice of Agenda of Matters Scheduled for Hearing on October 26, 2006 at 10:00 a.m. |
| 10/25/2006 | 181 | Mitsubishi Power Systems Americas, Inc.'s Opposition to Attempted Continuance of Debtor's Motion to Reject Certain Executory Contracts |
| 10/26/2006 | 194 | Order Pursuant to 11 U.S.C. § 107(b) and Federal Rule of Bankruptcy Procedure 9018 Authorizing the Filing of Certain Contracts and |

| Date | Doc# | Description |
| --- | --- | --- |
| | | Schedules Under Seal |
| 10/30/2006 | 212 | Debtors' Reply to the Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 223 | Pre-Hearing Brief of Mitsubishi Power Systems Americas, Inc., on Motion Compelling Debtor to Assume or Reject, Immediately an Executory Contract |
| 10/31/2006 | 225 | Joinder of the Creditors Committee to the Debtors' Reply to the Corrected Limited Opposition of Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 226 | Response of the Creditors' Committee to Debtors' Motion to Approve Wind Down of HRSG Operations and Rejection of Executory Contracts |
| 11/1/2006 | 264 | Transcript of Hearing held on 11/1/2006 |
| 11/6/2006 | | Transcript of Hearing held on 11/6/2006 |
| 11/7/2006 | 270 | Notice of Appeal |

Dated: November 9, 2006
      Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Marc J. Phillips_
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141

-and-

Filiberto Agusti
Joshua R. Taylor
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 261-0658 (facsimile)
Counsel for Power Systems Americas, Inc.

#499062v1