## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GLOBAL POWER EQUIPMENT GROUP ) | Case No. 06-11045 |
| INC., *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related to Docket Nos. 270 & 288** |

### MITSUBISHI POWER SYSTEMS AMERICAS, INC.'S
### SUPPLEMENTAL DESIGNATION OF CONTENTS OF RECORD ON APPEAL

Mitsubishi Power Systems Americas, Inc. ("MPS"), a creditor of Debtor, Deltak, LLC ("Debtor" or "Deltak"), hereby files this supplemental designation of contents of record with respect to its November 8, 2006 appeal [Docket No. 270] under 28 U.S.C. § 158(a). MPS appeals from the Bankruptcy Court's ruling rendered in open court November 6, 2006, with respect to:

1) Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress [Docket No. 12]; and

2) MPS' Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., To Debtors' Motion to Reject Certain Executory Contract [Docket No. 159] rendered in open court on November 6, 2006.

### Supplemental Designation of Record on Appeal

Appellant designates the following documents to be included in the Record on Appeal[1]:

---

[1] Documents identified in bold are additional documents to the Record on Appeal and supplement the documents listed in *Mitsubishi Power Systems Americas, Inc. Statement of Issues and Designation of Contents of Record on Appeal* [Docket No. 288].

| Date | Docket No. | Document |
|------|------------|----------|
| 9/29/2006 | 10 | **Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 363, 506 and 552 and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure for (A) Emergency Relief (I) Authorizing the Use of Cash Collateral, (II) Finding that the Senior Lenders' Interests, or that of Any Other Party Which Is Purportedly Secured, Are Adequately Protected, and/or (III) Authorizing the Debtors to Surcharge Collateral, and (IV) Granting Related Relief; and (B) Scheduling Interim and Final Hearings Regarding the Same** |
| 9/29/2006 | 11 | **Debtors' Motion for Authority to Pay Subcontractors and Vendors of the Williams Debtors in the Ordinary Course of Business** |
| 9/29/2006 | 12 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 9/29/2006 | 13 | **Debtors' Motion for Authority to Pay Certain Critical Subcontractors and Vendors of the Specialty Boilers Business Segment Operated by the Deltak Debtors** |
| 9/29/2006 | 14 | **Debtors' Motion for Authority to Pay Certain Critical Subcontractors and Vendors of the Braden Debtors** |
| 10/2/2006 | 40 | **Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 363, 506 and 552 and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Use of Cash Collateral, and (II) Granting Related Relief** |
| 10/5/2006 | 85 | Corrected Order Granting In Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress. CERTAIN EXHIBITS FILED UNDER SEAL PURSUANT TO ORDER OF OCTOBER 26, 2006 (DOCKET 194). |
| 10/23/2006 | 152 | **Second Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 363, 506** |

| | | |
|---|---|---|
| | | and 552 and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Use of Cash Collateral, and (II) Granting Related Relief |
| 10/24/2006 | 159 | Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., to Debtors' Motion to Reject Certain Executory Contracts |
| 10/24/2006 | 156 | Affidavit of Richard Boukal |
| 10/24/2006 | 167 | Notice of Agenda of Matters Scheduled for Hearing on October 26, 2006 at 10:00 a.m. |
| 10/25/2006 | 181 | Mitsubishi Power Systems Americas, Inc.'s Opposition to Attempted Continuance of Debtor's Motion to Reject Certain Executory Contracts |
| 10/26/2006 | 194 | Order Pursuant to 11 U.S.C. § 107(b) and Federal Rule of Bankruptcy Procedure 9018 Authorizing the Filing of Certain Contracts and Schedules Under Seal |
| 10/30/2006 | 212 | Debtors' Reply to the Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 223 | Pre-Hearing Brief of Mitsubishi Power Systems Americas, Inc., on Motion Compelling Debtor to Assume or Reject, Immediately an Executory Contract |
| 10/31/2006 | 225 | Joinder of the Creditors Committee to the Debtors' Reply to the Corrected Limited Opposition of Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 226 | Response of the Creditors' Committee to Debtors' Motion to Approve Wind Down of HRSG Operations and Rejection of Executory Contracts |
| 11/1/2006 | 264 | Transcript of Hearing held on 11/1/2006 |
| 11/7/2006 | 270 | Notice of Appeal |
| 11/9/2006 | 291 | **Order Approving Rejection of Mitsubishi HRSG Contract** |
| 11/9/2006 | 293 | **Transcript of Hearing held on 11/6/2006** |

| | |
|---|---|
| Dated: November 13, 2006<br>Wilmington, Delaware | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>_____<br>Marc J. Phillips (No. 4445)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, Delaware 19801<br>(302) 658-9141<br><br>-and-<br><br>Filiberto Agusti<br>Joshua R. Taylor<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave, NW<br>Washington, D.C. 20036<br>(202) 429-3000 (telephone)<br>(202) 261-0658 (facsimile)<br>Counsel for Mitsubishi Power Systems Americas, Inc. |

#499419v1