IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 06-11045 (BLS)<br><br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>　　　　　　　　Appellant,<br><br>v.<br><br>DELTAK, L.L.C.,<br><br>　　　　　　　　Appellee. | Civil Action No. 06-687 (KAJ) |

**DEBTORS' COUNTER-STATEMENT OF ISSUES AND
COUNTER-DESIGNATION OF CONTENTS OF RECORD ON APPEAL**

Deltak, L.L.C. and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Appellee")[1] hereby file this counter-statement of issues and counter-designation of contents of record with respect to Mitsubishi Power Systems Americas, Inc.'s November 8, 2006 appeal [Docket No. 270] under 28 U.S.C. § 158(a) from the Bankruptcy Court's ruling rendered in open court on November 6, 2006.

---

[1] In addition to Deltak, L.L.C., the Debtors include Global Power Equipment Group Inc., Global Power Professional Services, L.L.C., Braden Manufacturing, L.L.C., Braden Construction Services, Inc., Deltak Construction Services, Inc., Williams Industrial Services Group, L.L.C., Williams Industrial Services, LLC, Williams Specialty Services, LLC, Williams Plant Services, LLC, and WSServices, LP.

643838-1

## COUNTER-STATEMENT OF ISSUE PRESENTED

Appellee sets forth the following issue on appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure:

Whether the Bankruptcy Court correctly held that the Bankruptcy Code does not permit, upon rejection of an executory contract, the remedy of specific performance of a contract provision that purportedly requires assignment of a debtor's executory subcontracts.

## COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee designates the following documents to be included in the Record on Appeal:

| Date | Docket No. | Document |
| --- | --- | --- |
| 9/29/06 | 18 | Affidavit in Support of First Day Motions and Applications by John M. Matheson |
| 10/26/06 | 195 | Amended Order Granting In Part Debtors' Motion For An Order Authorizing Debtors To (i) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (ii) Reject Certain Executory Contracts in Connection Therewith, and (iii) Implement Procedures for the Orderly Completion of Work in Progress |
| 10/27/06 | 204 | Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 10/31/06 | 224 | Debtors' Objection to the Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 10/31/06 | 227 | Creditors' Committee's Objection to the Motion by Cormetch, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 11/9/06 | 288 | All documents identified in the Appellant Designation of Items For Inclusion in Record On Appeal and Statement of Issues |
| 11/9/06 | 289 | Order on Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) as to the Port Westward Project |
| 11/13/06 | 302 | All documents identified in the Supplemental Appellant Designation of Items For Inclusion in Record On Appeal |

| | | |
|---|---|---|
| 11/15/06 | 320 | Debtors' Motion to Reject Cormetech Port Westward Contract Pursuant to 11 U.S.C. Sections 105 and 365 |
| 11/17/06 | 353 | Order Granting Debtors' Motion for Authority to Reject the Cormetech Port Westward Contract |

Dated: Wilmington, Delaware
       November 24, 2006

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000

Attorneys to Appellee Deltak, L.L.C.